1
2
3
4
5

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| TIMOTHY ERIC CAFFREY, | No. C10-5101 RBL/KLS |
|---|---|
| Petitioner, | |
| v. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| JAMES BLODGETT, | |
| Respondent. | |

Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is **GRANTED**.

Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED <u>19th</u> day of April, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1