UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY ERIC CAFFREY,

                Petitioner,

  v.

JAMES BLODGETT,

                Respondent.

No. C10-5101 RBL/KLS

ORDER GRANTING MOTION TO SUBSTITUTE RESPONDENT

Before the court is Respondent's Motion to Substitute Respondent. Dkt. 14. Having considered the motion and records and files herein, the court finds and **ORDERS:**

(1) Respondent's Motion to Substitute Respondent (Dkt. 14) is **GRANTED.** Eldon Vail is substituted for James Blodgett as the Respondent in this action.

(2) The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this  9th  day of June, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER - 1