# United States District Court

WESTERN DISTRICT OF WASHINGTON

TIMOTHY ERIC CAFFREY

v.

ELDON VAIL

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5101RBL/KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Petitioner's habeas corpus petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

| July 27, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk